IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN MCQUEEN,

    Plaintiff,

vs.                                                Case No.: 2:16-cv-344
                                                JUDGE GEORGE C. SMITH
                                                Magistrate Judge Vascura

LYNN FISHER, *et al.*,

    Defendants.

## ORDER

On November 6, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed without prejudice against Defendant Einloth pursuant to Rule 4(m) for failure to timely effect service of process. (*See Report and Recommendation*, Doc. 26). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby **DISMISSED WITHOUT PREJUDICE** against Defendant Einloth.

The Clerk shall remove Document 26 from the Court's pending motions list.

       **IT IS SO ORDERED**.

                                                */s/ George C. Smith*
                                                **GEORGE C. SMITH, JUDGE**
                                                **UNITED STATES DISTRICT COURT**